Andrew J. Robinson and another, Respondent, v. John B. Thompson, Appellant, Impleaded, etc.—Judgment affirmed, with liberty to defendants to answer on payment of costs. Opinion by Brady, J.

Patrick Ready, Administrator, Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant.—Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.; Brady, J., dissenting.

Hannah Nirdlinger and others, Respondents, v. Jacob Nirdlinger and another, Appellants.—Judgment affirmed, with costs and with leave to defendants to answer over on the usual terms. Opinion by Davis, P. J.

Mutual Life Insurance Company, Appellant, v. Robert S. Holt and others, Respondents.—Judgment reversed, new trial ordered, costs to abide event. Opinions by Davis, P. J., and Daniels, J.; Brady, J., dissenting.

Mark L. McDonald, Respondent, v. Edwin Davis, Appellant.—Judgment affirmed. Opinion by Davis, P. J.

William H. Riblet, Appellant, v. Thomas H. Messenger, Respondent.—Judgment affirmed, with costs. Opinion by Daniels, J.

The Polar Star Mutual Benefit Association v. Lewis Boniface, Respondent, and John B. Bonfort and others, Appellants.—Judgment affirmed, with costs and disbursements. Opinion by Daniels, J.

The People of the State of New York v. Globe Mutual Life Insurance Company (Matter of Sykes and others).—Order reversed and order to be entered directing referee to value policies in conformity with opinion, costs and disbursements to receiver. Opinion by Daniels, J.

William C. Baur, Appellant, v. John F. Betz, Respondent.—Order affirmed. Opinion by Brady, J.

Daniel R. Lyddy, Respondent, v. Long Island City, Appellant.—Judgment reversed, new trial ordered, costs to abide event. Opinion by Davis, P. J.

John A. Kernochan, Respondent, v. Angeline A. Murray and another, Appellants.—Judgment affirmed, Opinion by Daniels, J.

James V. Wright, Executor, Respondent, v. Jane Dugan and others, Appellants, Impleaded with Ellen McCann and others, Respondents.—Judgment affirmed, with costs of the respective parties out of the fund. Opinion by Davis, P. J.

The People of the State of New York, Respondent, v. Daniel T. Donovan, Appellant.—Judgment affirmed. Opinion by Brady, J.

The People of the State of New York, Respondent, v. Charles F. Runge and another, Appellants.—Judgment affirmed. Opinion by Brady, J.

In the Matter of the Petition of the Receiver of Taxes, Respondent, v. John W. Jones and B. F. Fairchild, Appellants.—Order affirmed, with ten dollars costs and disbursements. Opinion by Davis, P. J.

In the Matter of the Probate of the Last Will and Testament of Ellen M. Mallen, Deceased.—Decree affirmed, with costs. Opinions by Daniels, J., and by Brady, J., dissenting.

The People of the State of New York, Respondent, v. Guiseppe Pantzza and another, Appellants.—Judgment reversed and new trial granted. Opinion by Brady, J.

Edward Wood, Executor, etc., Respondent, v. Karoline Kroll and others, Appellants.—Judgment reversed and new trial ordered, with costs to abide event, unless plaintiff shall in twenty days after notice of decision stipulate to deduct amount specified, with interest; if such stipulation be given, then judgment as so modified affirmed, without costs to either party. Order reversed, with ten dollars costs and disbursements to appellant, unless within period mentioned, plaintiff shall stipulate to deduct fees as stated in opinion from adjusted bill of costs; if such stipulation be served, then order as so modified affirmed, without costs to either party. Opinion by Daniels, J.

Sarah Jane Miller, Respondent, v. Henry J. McGuckin, Executor, and others, Appellants.—Judgment modified as directed in opinion. Order affirmed, without costs to either party. Opinion by Daniels, J.

Julius Forstman, Appellant, v. Ruth A. Schulting, Respondent.—Reargument ordered. Opinion by Daniels, J.

Henry C. Andrews, Receiver, Appellant, v. George H. Moller and others, Respondents.—Judgment and order affirmed, with costs. Opinions by Brady, J., and by Davis, P. J., dissenting.

Germania Life Insurance Company, Plaintiff, v. John Rae and another, Defendants.—Order modified as directed in opinion, without costs to either party. Opinions by Brady, J., and by Davis, P. J., dissenting.

Bolton Hall and others, Respondents, v. The United States Reflector Company, Appellant.—Judgment reversed; new trial ordered; costs to abide event. Opinions by Daniels, J., and by Davis, P. J., dissenting.

In the Matter of the Attorney General v. North America Life Insurance Company of New York.—Bill allowed at $288.60.

The Attorney General v. Continental Life Insurance Company.—Bills allowed on filing affidavit that none of the services charged are included in any former bills.

In the Matter of the Application of Charles Denison and others, Stockholders of the Grocers' Bank of the City of New York, for the appointment of a Receiver.—Bill allowed at $5,500 and disbursements $348.16.

The Attorney General v. The Widows and Orphans' Benefit Life Insurance Company.—Bills allowed respectively at $335 and $195.

Charles F. Woerishoffer, Plaintiff, v. North River Construction Company, Defendant.—Order affirmed, with ten dollars costs and disbursements. Opinion by Davis, P. J.

The People of the State of New York, Respondent, v. Michael Thomas, Appellant.—Judgment and order affirmed. Opinion by Daniels, J.

John Brooks and another, Respondents, v. William D. Andrews and another, Appellants.—Judgment affirmed. Opinion by Daniels, J.

The People of the State of New York v. The Globe Mutual Life Insurance Company.—Bill allowed at $1,523.94.

William Herring, Appellant, v. New York, Lake Erie and Western Railroad Company, Respondent.—Judgment affirmed. Opinions by Brady and Daniels, JJ.

In the Matter of Edmund Waring and Katharine Secor.—Order affirmed, with costs of the appeal. Opinion by Davis, P. J.

Bernard Reilly, Respondent, v. John Moffatt, Appellant.—Judgment and order affirmed. Opinion by Daniels, J.

Gibbons L. Kelty and others, Appellants, v. Zachariah E. Simmons, Respondent.—Order modified. See opinion of Brady, J.

In the Matter of William Tilden, Deceased.—Motion for reargument denied. Opinion by Daniels, J. (See opinion.)

George W. Venables, Appellant, v. George Sweeley Respondent.—Order affirmed, with ten dollars costs and disbursements.

William A. Miles, Appellant, v. Goodwillie-Wyman Company, Respondents.—Order modified by striking out allowance of fifty dollars, and as modified affirmed, without costs. Opinion by Brady, J.